IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FELIPE VASQUEZ AVILA, § § *Petitioner*, § § VS. § § KRISTI NOEM, in Her Official Capacity as § Secretary of the Department of Homeland § Security; TODD LYONS, in His Official § Capacity as Acting Director of U.S. Immigration § and Customs Enforcement; DANIEL A. BIBLE, § in His Official Capacity as Acting Director of § the San Antonio Field Office of ICE, § Enforcement and Removal Operations; BOBBY § THOMPSON, Warden of the South Texas § Detention Center; and DAREN K. MARGOLIN, § in His Official Capacity as Director of the § Executive Office for Immigration Review, § § *Respondents*. § § *Respondents*. § | CIVIL ACTION NO. SA-25-CV-1363-FB |

## ORDER SETTING DEADLINES

Before the Court is Petitioner's Motion for Temporary Restraining Order and Motion to Set Hearing filed on October 31, 2025 (docket #4).

IT IS HEREBY ORDERED that Respondents shall file a response to Petitioner's motion no later than **Friday, November 7, 2025, at noon**.

IT IS FURTHER ORDERED that Petitioner shall file a reply to Respondents' response, if any, no later than **Friday, November 14, 2025.**

It is so ORDERED.

SIGNED this 3rd day of November, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE