IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FELIPE VASQUEZ AVILA, | § § | |
| *Plaintiff,* | § § § | SA-25-CV-01363-FB |
| vs. | § § § | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DANIEL BIBLE, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE SAN ANTONIO FIELD OFFICE OF ICE, ENFORCEMENT AND REMOVAL OPERATIONS; BOBBY THOMPSON, WARDEN, OF THE SOUTH TEXAS DETENTION CENTER; AND DAREN K. MARGOLIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; | § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER FOR ADVISORY

Before the Court is the above-styled cause of action, which was referred to the undersigned for pretrial proceedings. The record reflects that the parties filed a Joint Advisory [#16] on December 10, 2025, advising the Court that Petitioner was provided a bond hearing on December 1, 2025, and was to be released upon payment of a $7,500 bond. The Court will therefore order Petitioner to file an additional advisory clarifying whether there is any matter remaining for the Court's consideration or if this case has been resolved.

1

**IT IS HEREBY ORDERED** that Petitioner file an advisory on or before **January 5, 2026**.

SIGNED this 22nd day of December, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE