IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FELIPE VASQUEZ AVILA, | § § § | |
| *Plaintiff,* | § § § | SA-25-CV-01363-FB |
| vs. | § § § | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DANIEL BIBLE, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE SAN ANTONIO FIELD OFFICE OF ICE, ENFORCEMENT AND REMOVAL OPERATIONS; BOBBY THOMPSON, WARDEN, OF THE SOUTH TEXAS DETENTION CENTER; AND DAREN K. MARGOLIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; | § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER RETURNING CASE TO DISTRICT COURT**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. The record reflects that the parties filed a Joint Advisory [#16] on December 10, 2025, advising the Court that Plaintiff was provided a bond hearing on December 1, 2025, and was to be released upon payment of a $7,500 bond. Plaintiff's Petition for Writ of Habeas Corpus sought an individualized bond hearing or alternatively his immediate release, as well as declaratory relief that he is entitled to the same. As it appears that Plaintiff was provided the relief he sought through this action, the Court

1

ordered him to file an advisory clarifying whether there is any matter remaining for the Court's consideration or if this case has been resolved. The advisory was due by January 5, 2026 [#17]. To date, the Court has not received the ordered advisory. It therefore appears that this case has been resolved and may be closed by the District Court. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 22nd day of January, 2026.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE