IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FELIPE VASQUEZ AVILA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-1363-FB |
| | § | |
| KRISTI NOEM, in Her Official Capacity as | § | |
| Secretary of the Department of Homeland | § | |
| Security; TODD LYONS, in His Official | § | |
| Capacity as Acting Director of U.S. Immigration | § | |
| and Customs Enforcement; DANIEL A. BIBLE, | § | |
| in His Official Capacity as Acting Director of | § | |
| the San Antonio Field Office of ICE, | § | |
| Enforcement and Removal Operations; BOBBY | § | |
| THOMPSON, Warden of the South Texas | § | |
| Detention Center; and DAREN K. MARGOLIN,. | § | |
| in His Official Capacity as Director of the | § | |
| Executive Office for Immigration Review, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is the status of the above styled and numbered cause. On November 25, 2025, this Court granted Petitioner's Motion for Temporary Restraining Order (docket #4) requiring the Respondents to either provide Petitioner Avila a bond hearing before an immigration judge or release Petitioner from custody under reasonable conditions of supervision if a bond hearing could not be provided. The parties were ordered to filed a status report no later than December 10, 2025.

On December 10, 2025, as ordered, the parties filed a Joint Advisory stating Petitioner was provided a bond hearing on December 1, 2025, and the immigration judge ordered that Petitioner should be released upon payment of a bond. On December 22, 2025, United States Magistrate Judge Chestney, to whom the case had been referred, issued an Order for Advisory (docket #17), ordering the Petitioner to file an additional advisory on or before January 5, 2026, clarifying "whether there is any

matter remaining for the Court's consideration or if this case has been resolved." On January 22, 2026, Judge Chestney returned the case to this Court explaining that '[t]o date, the Court has not received the ordered advisory. It therefore appears that this case has been resolved and may be closed by the District Court." (Docket #18 at page 2).

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's case is DISMISSED WITH PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 24th day of January 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE